WEIMER, J.,
additionally concurring.
I, Coastal Louisiana, with its myriad waterways, has a history of being a national leader in , shipbuilding. Louisiana shipyards have produced vessels that ply waters worldwide. In an effort to aide the competitive vitality of this industry, the Louisiana Legislature enacted a statute to encourage these mobile vessels to be “built in Louisiana.” See La. R.S. 47:305.1(A). Although the arguments .of the parties focused on the meaning of the word “built,” of equal importance is the fact that this economically significant and massive project was completed “in Louisiana.” I agree with the opinion that the regulation is fully compliant with the letter and spirit of this legislation and is, thus, constitutional.